# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| H.R., a minor child who sues by and through her Mother and Next Friend, KIMBERLY ROBINSON, individually and on behalf of the wrongful death beneficiaries of BILLY ROBINSON, Deceased | **PLAINTIFF** |
| **VERSUS** | **CIVIL ACTION NO.: 3:16-CV-655-TSL-RHW** |
| DOUBLE J LOGISTICS, LLC, a corporation; SKYMILE LOGISTICS, INC., a corporation; DERRICK A. FRANKLIN, an individual; ZEWDIE D. DUGDA, an individual; and JOHN DOES I-X | **DEFENDANTS** |

*With Cross-Claims and Counter-Claims*

| | |
|---|---|
| DERRICK A. FRANKLIN, an individual and DOUBLE J LOGISTICS, LLC, a corporation | **COUNTER/CROSS-PLAINTIFFS** |
| **VERSUS** | |
| ZEWDIE D. DUGDA, an individual, SKYMILE LOGISTICS, INC., a corporation, | **CROSS-DEFENDANTS** |
| THE WRONGFUL DEATH BENEFICIARIES OF BILLY ROBINSON, Deceased, by and through H.R., a minor, and | **COUNTER-DEFENDANT** |
| UNITED PARCEL SERVICE, INC. | **THIRD-PARTY DEFENDANT** |

### AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE ONLY AS TO THE CLAIMS MADE BY DERRICK A. FRANKLIN AGAINST THE WRONGFUL DEATH BENEFICIARIES OF BILLY ROBINSON, H.R., KIMBERLY ROBINSON, SHERRI ROBINSON AND UNITED PARCEL SERVICE, INC.

**THIS DAY** this cause came on to be heard on the motion, *ore tenus*, of Derrick A. Franklin,

H.R., a minor child who sues by and through her Mother and Next Friend, Kimberly Robinson,

individually and on behalf of the wrongful death beneficiaries of Billy Larry Robinson, Deceased,

Sherri Robinson, and United Parcel Service, Inc. (collectively "*the Defendants*"), pursuant to Fed. R. Civ. P. 41(a)(2), to dismiss any and all claims made by Derrick A. Franklin against *the Defendants* with prejudice, and these parties having announced that the claims made by Derrick A. Franklin against *the Defendants* have been fully compromised and settled, and that there remains no issue to be litigated by or between Derrick A. Franklin and *the Defendants* with regard to the claims made by Derrick A. Franklin against *the Defendants*, nor adjudicated or determined by the Court, and these parties have consented to the entry of this Agreed Judgment of Dismissal With Prejudice, with each party to bear its own costs.

The Court being further advised in the premises finds that this motion is well-taken and should be *sustained*.

**IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED** that any and all of Derrrick A. Franklin's claims against *the Defendants* are dismissed with prejudice. Further, each party shall bear its own costs.

**IT IS, FURTHER, HEREBY ORDERED AND ADJUDGED** that this Agreed Judgment of Dismissal is limited solely to the claims made by Derrick A. Franklin against the Defendants identified herein and has no effect whatsoever on the remaining causes of action asserted by Derrick A. Franklin against Zewdie D. Dugda and Skymile Logistics, Inc.

SO ORDERED AND ADJUDGED this 16th day of August, 2018.

/s/Tom S. Lee_____
UNITED STATES DISTRICT JUDGE

**PRESENTED BY:**

  /s/ R. Eric Toney_____
James R. Moore, Jr. (MSB #3445)
R. Eric Toney (MSB #102349)
COPELAND, COOK, TAYLOR, & BUSH, P.A.
600 Concourse, Suite 100
1076 Highland Colony Parkway
P.O. Box 6020
Ridgeland, Mississippi 39158
Telephone (601) 856-7200
Facsimile (601) 856-7626
jmoore@cctb.com
etoney@cctb.com
*Attorneys for United Parcel Service, Inc.*

**AGREED:**

  /s/ Rocky Wilkins_____
Gregory J. Bosseler, Esq.
Rocky Wilkins, Esq.
Morgan & Morgan, PLLC
188 East Capitol Street, Ste. 777
Jackson, MS  39201
*Attorneys for Derrick A. Franklin*