UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DERRICK FRANKLIN                                           PLAINTIFF

V.                                      CIVIL ACTION NO.: 3:16CV655TSL-RHW

ZEWDIE DUGDA
AND SKYMILE LOGISTICS                                      DEFENDANTS

## SPECIAL VERDICT FORM

1. Do you find from a preponderance of the evidence that the defendant, Zewdie Dugda, was negligent and that such negligence was a proximate contributing cause of Derrick Franklin's damages?

    ___✓___  Yes

    _____  No

If your answer to Question No. 1 is "yes," proceed to Question 2. If your Question 1 is "No", then your verdict will be for the defendants, Zewdie Dugda and Skymile Logistics, and your deliberations are complete.

2. Please state the percentage of negligence for the defendant Zewdie Dugda, as compared to all of the negligence which caused damages to plaintiff.

    __100%__ percent.

Proceed to Question No. 3.

3. Do you find from a preponderance of the evidence that the plaintiff, Derrick Franklin, was negligent and that such negligence proximately caused or contributed to his own injuries?

_____ Yes

___✓_____ No

If your answer to Question No. 3 is "yes," proceed to Question No. 4. If your answer to Question No. 3 is "no," proceed to Question No. 5.

4. Please state the percentage of negligence for plaintiff Derrick Franklin, as compared to all of the negligence which caused him damages.

_____ percent.

Proceed to Question No. 5.

5. Do you find from a preponderance of the evidence that Billy Larry Robinson was negligent and that such negligence was a proximate contributing cause of plaintiff Derrick Franklin's damages?

_____ Yes

___✓_____ No

If the answer to Question No. 5 is "Yes," proceed to Question No. 6. If your answer to Question No. 5 is "No," proceed to Question No. 7.

6. Please state the percentage of negligence of Billy Larry Robinson, as compared to all of the negligence which caused Mr. Franklin's damages.

_____ percent.

Proceed to Question No. 7.


(Added together the percentages for Questions No. 2, 4 and 6 must total 100%.)


7. What is the total amount of damages you have concluded were incurred by the plaintiff, Derrick Franklin, as a result of the accident in question?

$ _3.5 million_____.


THIS the _13th_ day of September, 2018.