# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**H.R., a minor child who sues by and
through her Mother and Next Friend,
KIMBERLY ROBINSON, individually and
on behalf of the wrongful death beneficiaries of
BILLY ROBINSON, Deceased**

                                                                                                  **PLAINTIFF**

**VERSUS**                                        **Civil Action No.: 3:16-cv-655-TSL-RHW**

**DOUBLE J LOGISTICS, LLC, a corporation;
SKYMILE LOGISTICS, INC., a corporation;
DERRICK A. FRANKLIN, an individual;
ZEWDIE D. DUGDA, an individual;
and JOHN DOES I-X**                                           **DEFENDANTS**

## ORDER DENYING MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM OR SETTLEMENT APPROVAL HEARING

Before the Court is a Motion for Appointment of Guardian ad Litem and for Pro Ami Settlement Hearing.  Doc. [234].  A hearing for these Motions was held on September 25, 2018.

The Court finds that these Motions are denied on the basis that this Court is not the appropriate venue for the settlement approval hearing and/or appointment of a Guardian ad Litem as they are to be heard in the home state of the Minor, H.R. of Alabama.

IT IS THEREFORE ORDERED AND ADJUDGED that the Plaintiff's [234] Motion for Guardian ad Litem and/or for Pro Ami Settlement Hearing is DENIED.

1

2

SO ORDERED AND ADJUDGED, this the 28th day of September, 2018.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE